STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
ANDREA BREUER, ESQ.; STATE BAR NO.: 161819

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: sforman@tharpe-howell.com
E-Mail: abreuer@tharpe-howell.com

DOLLAR TREE STORES, INC. (erroneously sued and served herein as "Dollar Tree Stores, LLC d/b/a Dollar Tree")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE SMITH,<br><br>       Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC. D/B/A DOLLAR TREE; DOES 1 TO 25, inclusive,<br><br>       Defendants. | Case No.<br>*[San Mateo County Superior Court Case No. 25-CIV-03820]*<br><br>**DEFENDANT DOLLAR TREE STORES, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>Complaint Filed: May 16, 2025 |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, the undersigned, counsel of record for Defendant DOLLAR TREE STORES, INC., certifies that the following listed parties have a direct, pecuniary interest in the outcome of the case:

1.   Dollar Tree Stores, Inc.'s parent corporation Dollar Tree, Inc., and its shareholders, officers, and directors have a pecuniary interest in the outcome of this action.

///

///

///

///

- 1 -
**DEFENDANT DOLLAR TREE STORES, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: July 18, 2025                                         THARPE & HOWELL, LLP


By: _____
STEPHANIE FORMAN
ANDREA BREUER
Attorneys for Defendant,
DOLLAR TREE STORES, INC.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**DEFENDANT DOLLAR TREE STORES, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| Michelle Iarusso, Esq.<br>IARUSSO LEGAL APC<br>1308 E. Colorado Blvd., #444<br>Pasadena, CA 91106<br>Telephone: (626) 415-4409<br>michelle@iarusso.legal<br>office@iarusso.legal<br>samantha@iarusso.legal | Attorneys for Plaintiff,<br>JOYCE SMITH |
|---|---|

5. a. **X** **BY ELECTRONIC TRANSMISSION**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 7/18/2025 | Hallie Browne | *(signature)* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\35000-000\35989\Pleadings\FEDERAL\Cert of Interestd Parties.docx